■ EAST RAMAPO CENTRAL SCHOOL DISTRICT, Respondent, v NEW YORK SCHOOLS INSURANCE RECIPROCAL, Appellant. [51 NYS3d 420]—Appeal from an order of the Supreme Court, Nassau County (Stephen A. Bucaria, J.), entered October 22, 2013.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal from the intermediate order must be dismissed because the right of direct appeal therefrom terminated with the entry of the judgment in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal and cross appeal from the order are brought up for review and have been considered on the companion appeal from the judgment (*see* CPLR 5501 [a] [1]; *East Ramapo Cent. Sch. Dist. v New York Schs. Ins. Reciprocal*, 150 AD3d 683 [2d Dept 2017] [decided herewith]). Leventhal, J.P., Maltese, LaSalle and Brathwaite Nelson, JJ., concur.